# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

STEVAN MENA,

                Plaintiff,

-against-

FOX ENTERTAINMENT GROUP, INC., FOX
BROADCASTING COMPANY, FOX
TELEVISION STATIONS, INC., DAVID
HUDGINS, HUDGINS PRODUCTIONS INC.,
CRAIG PERRY, PRACTICAL PICTURES, INC.,
JASON KOFFEMAN, LOU PITT, LOU PITT
PRODUCTIONS, WARNER BROS.
TELEVISION INC., WARNER BROS.
TELEVISION DISTRIBUTION INC., WARNER
BROS. ENTERTAINMENT INC., BONANZA
PRODUCTIONS, INC., TOM LUSE, SCOTT
SWANSON, DERAN SARAFIAN,

                Defendants.

-----------------------------------------------------------X

11 **CIVIL** 5501 (BSJ)(RLE)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

Fox Entertainment Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., \David Hudgins, Hudgins Productions Inc.,Craig Perry, Practical Pictures, Inc., Jason Koffeman, Lou Pitt, Lou Pitt Productions, Warner Bros. Television Inc., Warner Bros. Television Distribution Inc., Warner Bros. Entertainment Inc., Bonanza Productions, Inc., Ton Luse, Scott Swanson, Deran Sarafian (collectively "Fox" or "Defendants") Fox having moved to dismiss the Amended Complaint for failure to state a claim on which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on September 27, 2012, having rendered its Memorandum and Order granting Defendants' motion to dismiss the Amended Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated September 27, 2012, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
September 28, 2012

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____